# JOHN C. SULLIVAN, P.C.

ATTORNEYS AT LAW

22 SAW MILL RIVER ROAD

HAWTHORNE, NEW YORK 10532

JOHN C. SULLIVAN
JESSE H. YOUNG*
*ALSO ADMITTED IN CT

(914) 592-7300
FAX (914) 592-8152
http://www.jcspclaw.com

2062 E. MAIN STREET
CORTLANDT MANOR, NY 10567
(914) 930-8600
FAX (914) 592-8152
REPLY TO HAWTHORNE LOCATION

**VIA FACSIMILE (212) 805-7927**

Hon. Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2270
New York, NY 10007

RE:  Angel Ramos v. Hunts Point Service Station, Inc.
     Case No.: 08 CV 02781

Dear Hon. Buchwald:

Please be advised that this firm has represented the above referenced defendant, Hunts Point Service Station, Inc., in the past with respect to certain corporate matters. The instant matter, however, is not one that falls within the practice areas handled by this firm. Accordingly, the defendant is in the process of seeking legal representation in connection with the above referenced matter.

In that the defendant has not yet finalized the process of retaining counsel and that the defendant's date to Answer appears to be April 12, 2008, the undersigned contacted Plaintiff's counsel, Robert L. Kraselnik, Esq., and requested that he consent to an extension of defendant's time to Answer. Mr. Kraselnik has graciously consented to a thirty day extension until May 12, 2008.

In light of the foregoing, it is hereby respectfully requested that Your Honor allow such thirty day extension of defendant's time to file and serve its Answer.

Should Your Honor require any further information with respect to this request please do not hesitate to contact my office.

Sincerely,

John C. Sullivan

cc: Robert L. Kraselnik, Esq.