MEMO ENDORSED

**Hunts Point Service Station, Inc.**
**565 Hunts Point Avenue**
**Bronx, New York 10474**
**(718) 991-8808**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5\19\08

*Endorsement*

*As a corporation may only appear by counsel, if an appearance of counsel is not filed by June 3, 2008, judgment by default may be entered against the defendant. So Ordered.*

*[signature]*

*5/16/08*

Via facsimile (212) 805-7927

May 12, 2008

Hon. Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2270
New York, NY 10007

RE:  **Angel Ramos v. Hunts Point Service Station, Inc.**
     **Case No.: 08 CV 02781**

Your Honor:

I am a shareholder and a Vice-President of Hunts Point
Service Station, Inc. ("Hunts Point"). The purpose of this
letter is to advise Your Honor that a) Hunts Point is still
in the process of attempting to retain counsel in the above
referenced matter, and b) to advise Your Honor that Hunts
Point denies the allegations alleged in the Complaint by
Angel Ramos in the above referenced action.

Since being served in this matter Hunts Point has consulted
with our corporate attorney who wrote a letter to Your
Honor on our behalf on April 10, 2008, and three other
attorneys in an effort to secure representation. After
reviewing the matter, three of the four attorneys advised
us that they do not handle this type of matter. The fourth
attorney advised that his firm would handle this matter but
requested an initial retainer well in excess of what we are
able to afford. We are continuing to contact attorneys and
are confident that we will secure representation in the
very near future.

With respect to the allegations raised in the Complaint,
please be advised that I have read the Complaint and that
Hunts Points denies as alleged the allegations in the
Complaint with respect to numbered Paragraphs 1, 2, 4, 5,
7, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23,
24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 34.  In
addition, Hunts Point lacks knowledge or information
sufficient to form a belief as to numbered Paragraphs 3, 8
and 17.

It is hereby requested that Your Honor allow the foregoing
to serve as Hunts Point's Answer until such time as we are
able to have an attorney appear on our behalf.

Should Your Honor require further information please do not
hesitate to contact me.

Sincerely,

Hunts Point Service Station, Inc.

By: James Donnelly

Sworn to before me this 12th
day of May, 2008.

Notary Public
FELIX A CASUENGO
Notary Public State Of New York
No. 3-4852986
Qualified In Bronx County
Commission Expires February 10, 2010

cc: Robert L. Kraselnik, Esq. (via facsimile 212-400-7162)