AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANGEL RAMOS, on behalf of himself and others similarly situated,
        Plaintiff,

-against-

HUNTS POINT SERVICE STATION, INC.,
        Defendant.

**APPEARANCE**

Case Number: 08-CV-02781

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Hunts Point Service Station, Inc.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/4/2008 | *[signature]* |
| Date | Signature |
| | Jeffrey I. Carton — JC 8296 |
| | Print Name / Bar Number |
| | 1311 Mamaroneck Avenue |
| | Address |
| | White Plains, New York 10605 |
| | City / State / Zip Code |
| | (914) 517-5000 / (914) 517-5055 |
| | Phone Number / Fax Number |