AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

ANGEL RAMOS, on behalf of
himself and others similarly
situated,
              Plaintiff,

-against-

HUNTS POINT SERVICE STATION, INC.,
              Defendant.

**APPEARANCE**

Case Number: 08-CV-02781

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Hunts Point Service Station, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/4/2008 | *Peter N Freiberg* (signature) |
| Date | Signature |
| | Peter N. Freiberg      PF 1561 |
| | Print Name      Bar Number |
| | 1311 Mamaroneck Avenue |
| | Address |
| | White Plains    New York    10605 |
| | City    State    Zip Code |
| | (914) 517-5000    (914) 517-5055 |
| | Phone Number    Fax Number |