06-03-08;08:23PM;                                              ;6465125603

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ANGEL RAMOS, on behalf of himself and
others similarly situated,                          Case No.: 08-CV-02781 (NRB)

                              Plaintiff,

         - against -                                STIPULATION

HUNTS POINT SERVICE STATION, INC.,

                              Defendant.
--------------------------------------------------------------X

         IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, ANGEL

RAMOS, and defendant, HUNTS POINT SERVICE STATION, INC., that defendant's

time for answering or otherwise responding to the Complaint be extended to and

including June 23, 2008.

Dated:      New York, New York          Dated:      White Plains, New York
            June 3, 2008                            June 3, 2008


Robert L. Kraselnik (RK 0664)           Peter N. Freiberg (PF 1561)
LAW OFFICES OF                          MEISELMAN, DENLEA, PACKMAN
ROBERT L. KRASELNIK, PLLC               CARTON & EBERZ P.C.
Attorneys for Plaintiff                 Attorneys for Defendant
40 Wall Street, 28th Floor              1311 Mamaroneck Avenue
New York, New York 10005                White Plains, New York 10605
(212) 400-7160                          (914) 517-5000

SO ORDERED:


                    USDS        6/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08