UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL RAMOS,<br><br>                                Plaintiff,<br><br>-v-<br><br>HUNTS POINT SERVICE STATION, INC.<br><br>                                Defendant. | Case No. 08 CV 02781<br><br>**Rule 7.1 Statement** |

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Hunts Point Service Station, Inc.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** June 23, 2008

                                                                                      **Signature of Attorney**

                                                       **Attorney Bar Code:** PF 1561