**MEMO ENDORSED**

LAW OFFICES OF
**ROBERT L. KRASELNIK, PLLC**
40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
212-400-7160

robert@kraselnik.com
www.kraselnik.com

DIRECT: 212-400-7161
FAX: 212-400-7162

August 19, 2008

**Via Fax – 212-805-7927**
Hon. Naomi R. Buchwald, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007

*RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD
AUG 19 2008
UNITED STATES DISTRICT JUDGE*

Re:  Angel Ramos, et al. v. Hunts Point, etc. (08-CV-02781)

Dear Judge Buchwald:

This firm represents the plaintiff, Angel Ramos, in this matter. We are submitting this letter jointly with Defendant in order to ask the Court's permission to extend the parties' time to attempt to settle the case prior to the onset of discovery.

At the Initial Conference held before Your Honor on July 15, 2008, the parties were granted until August 19, 2008 to try to settle the case, after which point discovery would commence. We write to report to the Court that the parties have made progress toward resolving the case, and to request another four weeks -- until September 16, 2008 -- to achieve a settlement. We believe this extra time to focus on resolution will spare both parties from the unnecessary expenditure of fees and time. We thank Your Honor for consideration of this request.

*Final extension so Ordered*
*[signature] Naomi Reice Buchwald USDJ*
*8/20/08*

Respectfully submitted,

Law Offices of Robert L. Kraselnik, PLLC

[signature]
Robert L. Kraselnik

cc: Peter Freiberg, Esq. (via fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08